Daniel L. Germain (Bar No. 143334)
Germain@lalawyer.com
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Eric L. Zagar (Bar No. 250519)
ezagar@ktmc.com
Robin Winchester
rwinchester@ktmc.com
Ligaya T. Hernandez
lhernandez@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (267) 948-2512

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M. AILEEN MORNINGSTAR and ALICE SLETTEDAHL, Derivatively and on Behalf of Nominal Defendant RINO INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>QIU JIANPING, ZOU DEJUN, KENNITH C. JOHNSON, QUAN XIE, BEN WANG, LI YU, BRUCE RICHARDSON, YI LIU and ZHANG WEIGUO,<br><br>Defendants,<br><br>and<br><br>RINO INTERNATIONAL CORPORATION,<br><br>Nominal Defendant. | Case No. 11-00655 VBF (VBK)<br><br>DECLARATION OF ERIC L. ZAGAR IN SUPPORT OF PLAINTIFFS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR ALTERNATIVE SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)<br><br>Date: November 7, 2011<br>Time: 1:30 P.M.<br>Judge: The Honorable Valerie Baker Fairbank |

---

DECLARATION OF ERIC L. ZAGAR IN SUPPORT OF PLAINTIFFS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR ALTERNATIVE SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)
CASE NO. 11-00655 VBF (VBK)

1  I, ERIC L. ZAGAR, hereby declare:

2. 1. I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP, counsel for Plaintiffs M. Aileen Morningstar and Alice Slettedahl ("Plaintiffs").

2. I make this Declaration in support of Plaintiffs' Cross-Motion for Alternative Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3).

3. On or around May 18, 2011, counsel for Plaintiffs enlisted the services of Legal Language Service ("LLS"), an outside agency specializing in the service of documents on international parties, to initiate the process of serving Qiu Jianping ("Jianping") and Zou Dejun ("Dejun") (collectively, the "Defendants") under the Hague Convention.

4. Counsel for Plaintiffs has paid LLS over $1150.00 ($575.00 per defendant) to perform the following services: (i) translation of the Complaint; (ii) completion of various Hague Convention forms; and (iii) submissions of documents to the Central Authority.

5. In the most recent update from LLS, the Central Authority for China has received *Hague* requests for each of the Defendants and estimated that an additional average of 5-8 months would be necessary before proof of service is returned.

6. Attached hereto as Exhibits A and B respectively, are copies of the March 29, 2011 letters from Orrick, Herrington & Sutcliffe LLP and Quinn Emanuel Urquhart & Sullivan, LLP.

7. Attached hereto as Exhibit C is a copy of RINO's Business Entity Detail filed with the California Secretary of State.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September 2011.

                                                                     /s/ Eric L. Zagar
                                                                     Eric L. Zagar

# *Exhibit A*



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
777 SOUTH FIGUEROA STREET
SUITE 3200
LOS ANGELES, CALIFORNIA 90017-5855

tel +1-213-629-2020
fax +1-213-612-2499

WWW.ORRICK.COM

March 28, 2011

Daniel J. Tyukody
(213) 612-2450
dtyukody@orrick.com

*VIA E-MAIL AND FIRST CLASS MAIL*

Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152

Re: <u>Morningstar and Slettedahl v. Qiu et al., Case No. 11-cv-00655-VBF-VBK</u>

Dear Mr. Germain:

We represent Mr. Zou Dejun in connection with the above-captioned matter, against whom we understand plaintiffs sought and obtained an entry of default. *See* Docket Nos. 18 (Request for Clerk to Enter Default Against Defendants Zou Dejun et al., dated March 24, 2011) and 19 (Entry of Default by Clerk as to Zou Dejun et al., dated March 24, 2011). We believe the default was improvidently entered. The Court's "Order Granting Extension of Time for Defendants to Respond" dated January 31, 2011 specifically provides that "***Defendants*** shall not be required to, and shall not waive any rights, arguments or defenses by failing to answer, move, or otherwise respond to the Morningstar Complaint in this action until ***April 13, 2011***." Docket Entry No. 7 (emphases added). On its face the Order clearly applies to all defendants.

Although we believe that Mr. Zou has not been properly served, for purposes of calendaring our response (which may take the form of a special appearance), we relied upon the Court's Order setting the response date as April 13, 2011, as well as the underlying stipulation extending defendants' time to respond.

The deeply entrenched view of the Ninth Circuit is that "a case should, whenever possible, be decided on the merits." *Falk v. Allen*, 739 F.2d 461, 463 (9th Cir. 1984). Judgment by default is a "drastic step appropriate only in extreme circumstances," none of which are present here. *Id. See also Latshaw v. Trainer Wortham & Co.*, 452 F.3d 1097, 1103 (9th Cir. 2006); *Speiser, Krause & Madole P.C. v. Ortiz*, 271 F.3d 884, 890 (9th Cir. 2001); *TCI Group Life Ins. Plan v. Knoebber*, 244 F.3d 691, 695-96 (9th Cir. 2001).

In the interest of avoiding unnecessary motion practice, we request that plaintiffs join in a stipulation to set aside the default. If plaintiffs are unwilling to so stipulate, we will promptly bring a motion to set aside the default.

OHS West:261118728.1


**ORRICK**

Daniel L. Germain
March 28, 2011
Page 2

Please let us know if you are available to meet and confer on Tuesday, March 29 after 1 p.m. or on Wednesday, March 30 to address this issue. This letter constitutes our pre-filing conference of counsel required by Local Rule 7-3 and Rule 9(b) of Judge Valerie Baker Fairbank's Standing Order.

Sincerely,

Daniel J. Tyukody

Enclosures

cc:  Walt Brown
     Lindsay Pennington

OHS West:261118728.1

# *Exhibit B*

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL: (650) 801-5000 FAX: (650) 801-5100

WRITER'S INTERNET ADDRESS
dianedoolittle@quinnemanuel.com

March 29, 2011

**VIA EMAIL AND U.S. MAIL**

Daniel L. Germain
Rosman & Germain LLP
16311 Ventury Boulevard, Suite 1200
Encino, CA 91436-2152

Re:   Morningstar and Slettedahl v. Qiu et al., Case No. 11-cv-00655-VBF-VBK

Dear Mr. Germain:

We have recently been engaged to represent Qiu Jianping in the above-captioned matter. We have also just learned that you sought and obtained entry of default against Ms. Qiu. Setting aside the fact that Ms. Qiu was never properly served, plaintiffs' actions are puzzling, as we understood that the deadline for any responsive pleading from any defendant, including Ms. Qiu, was April 13, 2011. This date is confirmed by both the Order Granting Extension of Time for Defendants to Respond to Complaint (Doc. No. 7) and the docket sheet for Case No. 11-cv-00655-VBF-VBK, which are publicly available:

| ECF | Query | Reports | Utilities | Logout | |
|---|---|---|---|---|---|
| 01/31/2011 | 7 | ORDER granting Stipulation for Extension of Time to File Response/Reply 6, Defendant Zou Dejun answer due 4/13/2011; Qiu Jianping answer due 4/13/2011; Kenneth C. Johnson answer due 4/13/2011; Yi Liu answer due 4/13/2011; Bruce Richardson answer due 4/13/2011; Rino International Corporation answer due 4/13/2011; Ben Wang answer due 4/13/2011; Zhang Weiguo answer due 4/13/2011; Quan Xie answer due 4/13/2011; Li Yu answer due 4/13/2011 by Judge Dale S. Fischer (shb) (Entered: 02/01/2011) | | | |

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

Daniel L. Germain
March 29, 2011

The Order specifically states, "**Defendants** shall not be required to, and shall not waive any rights, arguments or defenses by failing to, answer, move, or otherwise respond to the Morningstar Complaint in this action **until April 13, 2011**." Nothing on the docket sheet indicates that this order was voided. Copies of the order and docket sheet, updated as of March 25, 2011, are attached.

In light of this docket entry, it is unclear why plaintiffs would have thought that it was appropriate to seek entry of default against Ms. Qiu. The docket entry specifically stated that her answer was not due until mid-April. We invite plaintiffs to join in a stipulation to set aside the wrongfully-entered default. Please be advised that, if you are unwilling to agree to such a stipulation, we will promptly bring a motion forthwith to set aside the default. We will be specially appearing on Ms. Qiu's behalf to seek relief from the Court.

In the interest of avoiding unnecessary motion practice and the waste of judicial resources, we are happy to discuss this issue over the telephone, at a time convenient to both parties. Please let us know if you are available to meet and confer today after 1 p.m. or Wednesday, March 30. This letter constitutes our efforts to engage in a pre-filing conference, in accordance with Local Rule 7-3 and Rule 9(b) of Judge Valerie Baker Fairbank's Standing Order. We look forward to your response.

Best regards,

/s/ Diane M. Doolittle


Diane M. Doolittle


Encl.

# *Exhibit C*

## California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business
  Relations Program

Customer Alert
(misleading business
solicitations)

### Business Entity Detail

Data is updated weekly and is current as of Friday, September 16, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | RINO INTERNATIONAL CORPORATION |
| Entity Number: | C3215567 |
| Date Filed: | 06/23/2009 |
| Status: | ACTIVE |
| Jurisdiction: | NEVADA |
| Entity Address: | 30211 AVENIDA DE LAS BANDERAS STE 200 |
| Entity City, State, Zip: | RANCHO SANTA MARGARITA CA 92688 |
| Agent for Service of Process: | LIPING WANG EPPS |
| Agent Address: | 43 MAPLE LEAF |
| Agent City, State, Zip: | MISSION VIEJO CA 92692 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2011 California Secretary of State

http://kepler.sos.ca.gov/cbs.aspx